Form 3A
(10/05)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re ___Roach, Sandra___,
Debtor

Case No. __08-11476__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __50.00__       Check one  ☒ With the filing of the petition, or
                                ☐ On or before _____

   $ __49.00__       on or before __May 29, 2008__

   $ __100.00__      on or before __June 29, 2008__

   $ __100.00__      on or before __July 30, 2008__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _/s/ Sandra Roach_____    __May 6, 2008__
Signature of Attorney        Date        Signature of Debtor          Date
                                         (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                         _____    _____
                                         Signature of Joint Debtor (if any)   Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 06 2008
KENNETH S. GARDNER, CLERK
PS REP. - AI

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## Northern District Of Illinois

In re  Roach, Sandra  
      Debtor

Case No. 08-11476

Chapter 7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐ With the filing of the petition, or
                          ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: MAY 0 6 2008

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

*United States Bankruptcy Judge*